# IN THE SUPREME COURT OF THE STATE OF NEVADA

FREDERICK O. SILVER,
                Appellant,
            vs.
CANDICE KATIE TOWNER,
                Respondent.

No. 77673

FILED

JAN 1 5 2019

ELIZA... BROWN
CLER... COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal. Eighth Judicial District Court, Family Court Division, Clark County; T. Arthur Ritchie, Jr., Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b). Although appellant states in the notice of appeal that he is challenging a "decision to vacate or dismiss this case entered in this action on the 4rd [sic] day of December 2018," in fact the order addresses a series of post-judgment filings by appellant, none of which is appealable. After a hearing on October 1, 2018, the district court entered a "Custody Decree" on November 19, 2018, settling child custody. Between the October 1, 2018, hearing and November 29, 2018, appellant filed 18 motions and miscellaneous documents. Those documents include the following:

> 1.    Frederick O. Silver Notice of Final Warning to Persons With Name: T. Arthur Ritchie, Jr., Jane D. Femiano, Mary D. Perry, Esq.
>
> 2.    Motion for Orders to Set Aside Order, Judgement, And/Or Default.
>
> 3.    Frederick O. Silver Notice to Fat Face Idiot With Name T. Arthur Ritchie, Jr.
>
> 4.    Frederick O. Silver Demand for Service of Process by US Postal Certified Mail to Fat Face

Idiot With Name T. Arthur Ritchie. Jr. filed on November 7, 2018.

5.     Frederick O. Silver Demand for Copy of Order, Signed by Fat Face Idiot with Name T. Arthur Ritchie, Jr., on October 2, 2018

6.     Combined Demand to Produce Proof of Process, Affidavit of Personal Service, and Motion in Limine.

7.     Demand to Produce Affidavit of Paternity

8.     Demand in Support of Motion to Set Aside a Void Judgment, Rescission of Paternity, and Paternity Disestablishment.

9.     Motion for Termination of Child Support Order.

10.     Motion to Produce Signed Affidavit of Paternity.

11.     Motion to Dismiss Pursuant to Rule 12(b) and Counterclaim and Cross Claim Pursuant to Rule 13(H) Joinder of Additional Parties.

12.     Objection to Plaintiff s Motion and Notice of Motion for Determination of Vexatious Litigant for Sanctions, Attny Fees and Restraining Order.

13.     Motion for and Demand to Produce the Foreign Agents Registration Statement Act of 1938.

14.     Notice of Motion setting a hearing on January 14, 2019, at 11:00 a.m. for a Motion/ Demand.

15.     Motion to Produce Affidavit of Paternity.

16.     Notice of Motion setting a hearing on January 7, 2019, at 10:00 a.m. for a Motion/ Demand.

17.     Motion and Notice of Fraud by Person with Name Ritchie, T. Arthur, Jr.

18.     Notice of Motion setting a hearing on January 7, 2019, at 10:00 a.m. for a Motion/ Demand.

This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule provides for an appeal from the above motions or documents.

Accordingly, we conclude that we lack jurisdiction, and we ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

cc: Hon. T. Arthur Ritchie, Jr., District Judge, Family Court Division
Frederick O. Silver
Mary D. Perry
Eighth District Court Clerk

---

[1]Appellant's motion to consolidate this appeal with another appeal, filed on January 15, 2019, is denied as moot.

Supreme Court
of
Nevaoa

(O) 1947A